IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-572-WYD-OES

UNITED STATES OF AMERICA, for the Use and Benefit of
LAFARGE WEST, INC., a Delaware corporation,

    Plaintiff(s),

v.

INSURANCE COMPANY OF THE WEST,

    Defendant(s).

_____

## ORDER OF DISMISSAL
_____

    The parties have filed a Stipulated Motion to Dismiss on June 22, 2005.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed with prejudice.  Accordingly, it is

    ORDERED that the Stipulated Motion to Dismiss is GRANTED, and this case is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

Dated:  June 22, 2005

                                      BY THE COURT:


                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge